UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER ELIZABETH SILVER,<br>Plaintiff,<br>v.<br>DANIEL HARRY SILVER,<br>Defendant. | CASE NO. **2:26-cv-04319-LK**<br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 4). The Clerk shall provide a copy of this Order to Plaintiff and to the presiding District Judge.

DATED this 10th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge