UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER ELIZABETH SILVER,<br><br>Petitioner,<br><br>v.<br><br>DANIEL HARRY SILVER,<br><br>Respondent. | CASE NO. 2:26-cv-04319-LK<br><br>ORDER DIRECTING PETITIONER TO SERVE AND FILE PROOF OF SERVICE |

This matter comes before the Court on Petitioner Jennifer Elizabeth Silver's Complaint and Petition for Return of Minor Child to Portugal. Dkt. No. 4. Ms. Silver has not provided proof that she has served these filings on Respondent, Daniel Harry Silver.

Accordingly, and given the time sensitive nature of this matter, the Court ORDERS that by December 9, 2026, Ms. Silver must (1) serve Mr. Silver with the summons and all filings in this case to date in accordance with Federal Rule of Civil Procedure 4, and (2) file with the Court proof that she has served Mr. Silver. Ms. Silver may file a motion for additional time if she is unable to meet this deadline.

Dated this 23rd day of November, 2026.

Lauren King
Lauren King
United States District Judge